**FILED**

October 26, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )      Case No. 2:15-mj-00209-CKD
                Plaintiff,     )
                               )
v.                             )
                               )      ORDER FOR RELEASE OF
ALFREDO MARTINEZ JURADO,        )      PERSON IN CUSTODY
                               )
                Defendant.     )

TO:    UNITED STATES MARSHAL:

   This is to authorize and direct you to release, ALFREDO MARTINEZ JURADO, Case No.

2:15-mj-00209-CKD from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

   _____    Release on Personal Recognizance

   _X_    Bail Posted in the Sum of: $50,000.00.

       _X_    Co-Signed Unsecured Appearance Bond

       _____    Secured Appearance Bond

       _X_    (Other) Conditions as stated on the record.

       _____    (Other)

   This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

   Issued at  Sacramento, CA  on  10/26/2015   at  2:44 p.m.

                                   By  _____

                                       Edmund F. Brennan
                                       United States Magistrate Judge