```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   matthew.scoble@fd.org916-498-5700/Fax 916-498-5710
5
   Attorney for Defendant
6  ALFREDO MARTINEZ JURADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-mj-209 CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. | ) | |
| ALFREDO MARTINEZ JURADO, | ) | |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Alfredo Martinez Jurado, through their respective attorneys, that the release conditions imposed on Mr. Jurado on October 26, 2015 (Docket #10), may be modified as set forth below.

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your niece, **and/or nephews,** with whom you shall not have contact unless supervised by a family member with whom you reside;

All other conditions shall remain in force.

///

////

////

Stipulation to Modify Special Condition of Release                        -1-                        *U.S. v Jurado, 2:15-mj-209 CKD*

Dated:  November 2, 2015

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Matthew M. Scoble*
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ALFREDO MARTINEZ JURADO

Dated:  November 2, 2015

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Michelle Rodriguez*
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney

**O R D E R**

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that that the following release condition is modified to:

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor, with the exception of your niece**, and/or nephews,** with whom you shall not have contact unless supervised by a family member with whom you reside;

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  November 2, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge