HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
ALFREDO JURADO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALFREDO JURADO MARTINEZ,<br><br>    Defendant. | Case No.  2:15-mj-209 CKD<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION<br><br>Date: November 30, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |

   IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew M. Scoble, attorney for Alfredo Jurado Martinez that the preliminary examination, currently scheduled for November 30, 2015, be continued to December 17, 2015 at 2:00 p.m.

   Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 17, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 20, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant

Dated: November 20, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 17, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 30, 2015 preliminary examination shall be continued until December 17, 2015, at 2:00 p.m before the Hon. Allison Claire.

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE